**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-7903

LEONARD A. SMITH,

Plaintiff - Appellant,

versus

PARKER EVATT; TONY ELLIS; LARRY C. BATSON;
PRISON INDUSTRIES/PRIVATE SECTOR DIVISION OF
THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
JOHN DOE, President of ESCOD Corporation of
Myrtle Beach, South Carolina; GENE BAKER,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Matthew J. Perry, Jr., District
Judge.  (CA-95-317-6-0AK)

Submitted:  January 18, 1996      Decided:  February 8, 1996

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Leonard A. Smith, Appellant Pro Se.  Wilburn Brewer, Jr., Thomas
C.R. Legare, Jr., NEXSEN, PRUET, JACOBS & POLLARD, Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying Appellant's motions for an expedited ruling, for removal of a protective order, and to substitute magistrate judges. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2